IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JESSE AARON BLEVINS,

          Petitioner,

v.                                             CIVIL ACTION NO.   3:14-18133

PATRICK A. MIRANDY, Warden,
St. Marys Correctional Center,

          Respondent.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant the respondent's Motion for Summary Judgment (ECF No. 7), deny the petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1), and dismiss this civil action from the docket of this Court.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** the respondent's Motion for Summary Judgment (ECF No. 7), **DENIES** the petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1), and **DISMISSES** this civil action from the docket of this Court, consistent with the findings and recommendations.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: March 16, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE